433 A.2d 104

Commonwealth, Appellant v. Zindel, Jr.

Submitted December 8, 1978. Edward M. Rendell, District Attorney, for Commonwealth, appellant; Donald Marino, for appellee.

Before CERCONE, P. J., and HESTER and HOFFMAN, JJ.

Affirmed.

433 A.2d 105

Commonwealth ex rel. Toonder v. Toonder.

Appeal of F. Geoffrey Toonder.

Appeal of Andrea M. Toonder.

Submitted March 21, 1980. Jack I. Kaufman, for appellant (at Nos. 1048 and 1049) and for appellee (at Nos. 1110 and 1111); John E. Roberts, for appellant (at Nos. 1110 and 1111) and for appellee (at Nos. 1048 and 1049).

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Order affirmed as it relates to custody but modified as to claim of the mother for expenses and counsel fees. Costs on appeal are allowed to Andrea M. Toonder.

SPAETH, J., concurred in the result.